IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CESAR ANZURES, et al.,           )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )    No. 09 C 4970
                                 )
EVA INVESTMENTS, INC., et al.,   )
                                 )
          Defendants.            )

MEMORANDUM ORDER

This Court has just received two consent-to-sue forms (Dkt. 42) in this FLSA action, purportedly bearing the signatures of Paulina Gal and Paulina Wrobel. Although this Court disclaims any level of expertise in this respect, both the printed and handwritten signatures on those forms plainly appear to have been produced by the same hand. Accordingly plaintiffs' counsel are ordered to look into the matter to verify whether or not either or both of the purported consents is or are valid.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  May 14, 2010